HART, APPELLANT, *v.* CHILDREN'S HOSPITAL MEDICAL
CENTER ET AL., APPELLEES.

[Cite as Hart *v.* Children's Hosp. Medical Ctr. (1986),
28 Ohio St. 3d 311.]

(No. 86-1248—Decided December 22, 1986.)

*Santen, Shaffer & Hughes, William B. Singer* and *James M. Coombe,*
for appellant.

*Dinsmore & Shohl, Frank C. Woodside III* and *Deborah R. Lydon,* for
appellee Children's Hosp. Medical Ctr.

*Rendigs, Fry, Kiely & Dennis* and *John P. Kiely,* for appellee Norman
H. Blatt, M.D.

The judgment of the court of appeals in case No. C-850725, pursuant
to appellant's Proposition of Law No. 1, is hereby reversed on authority of
*Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is
remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ.,
concur.

HOLMES and WRIGHT, JJ., dissent.